# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF GEORGIA
# WAYCROSS DIVISION

TYRONE B. GREEN, )
)
      Plaintiff, )
)
v. )   CIVIL ACTION NO.: CV514-009
)
SEDGWICK - PLIGRAM PRIDE; )
STACY BURKETT; and BURKETT )
CATCHING, )
)
      Defendants. )

## ORDER

After an independent review of the record, the Court concurs with the Magistrate Judge's Report and Recommendation, to which objections have been filed. In his objection, Plaintiff restates the claims set out in his complaint. As noted in the Magistrate Judge's Report, 42 U.S.C. § 1983 provides a remedy for violations of a person's constitutional rights by a defendant who acts under color of state law, *i.e.*, a "state actor." Plaintiff has not made that showing.

Plaintiff's objection is without merit. The Report and Recommendation of the Magistrate Judge is adopted as the opinion of the Court. Plaintiff's complaint is **DISMISSED** for failure to state a claim upon which relief can be granted. The

Clerk of Court is hereby authorized and directed to enter an appropriate Judgment.

**SO ORDERED**, this 6 day of March, 2014.

_____
LISA GODBEY WOOD, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

AO 72A
(Rev. 8/82)